IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW L. GAETZ II**<br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON ETHICS, and MICHAEL GUEST, in his official capacity as Chairman of the House Committee on Ethics,**<br>*Defendants.* | **DECLARATION IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil Action No: |

<u>DECLARATION OF ANDREW CHERKASKY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE</u>

I, Andrew D. Cherkasky, hereby declare:

1. My name, office address, and telephone number are as follows:

Golden Law Inc.
1330 Avenue of the Americas, 23rd Floor
New York, NY 10019
Tel: 949-391-1602

2. I have been admitted to the following courts and bars:

Supreme Court of California (Cal. Bar No. 290501)
Supreme Court of New York (NY. Bar No. 642686)
Supreme Court of Illinois (Bar No. 6289219)
United States Supreme Court (Supreme Court Bar No. 279893)
United States District Court of the Southern District of New York
United States Court of Appeals for the Armed Forces

3. I am currently in good standing with all states, courts, and bars in which I am admitted. Due to the time sensitive nature of this filing, I have attached documentation demonstrating my current active and good standing with the

state bars in which I am licensed. I have requested official Certificates of Good Standing and will furnish those to the Court upon receipt.

4. I have not previously been admitted pro hac vice in this Court. I do not have an office located within the District of Columbia.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 22nd day of December, 2024.

Respectfully submitted,

/s/ Andrew D. Cherkasky
Andrew D. Cherkasky, Esq.
Golden Law, Inc.
1330 Ave of the Americas
23rd Floor
New York, NY 10019
Tel: 949-391-1602
Andy@GoldenLawInc.com

*Counsel for Plaintiff*



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
12/22/2024

Re: Andrew David Cherkasky
Attorney No. 6289219

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Andrew David Cherkasky was admitted to practice law in Illinois on 11/9/2006; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

Attorney Online Services - Details

12/22/24, 7:20 PM

# New York State Unified Court System

Skip To: Content | Navigation

## Attorney Online Services - Search

Close

| Attorney Detail Report | *as of 12/22/2024* |
|---|---|
| **Registration Number:** | 5984174 |
| **Name:** | ANDREW DAVID CHERKASKY |
| **Business Name:** | GOLDEN LAW, INC. |
| **Business Address:** | 1330 AVENUE OF THE AMERICAS FL 23<br>NEW YORK, NY 10019-5443<br>(New York County) |
| **Business Phone:** | (949) 491-1661 |
| **Email:** | ANDY@GOLDENLAWINC.COM |
| **Date Admitted:** | 04/07/2023 |
| **Appellate Division Department of Admission:** | 3rd |
| **Law School:** | IIT Chicago-Kent College of Law |
| **Registration Status:** | Attorney - Currently Registered |
| **Next Registration:** | Jun 2025 |

| Disciplinary History |
|---|
| *No record of discipline* |

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.



**Attorney Services**

Close



## Andrew David Cherkasky #290501

License Status: Active

Address: Golden Law Inc., 1330 Avenue Of The Americas, Fl 23, New York, NY 10019-5443
Phone: 949-491-1661  |  Fax: 949-491-1467
Email: andy@goldenlawinc.com  |  Website: www.GoldenLawInc.com

### More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 6/10/2013 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2024 The State Bar of California

