IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW L. GAETZ II**<br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON ETHICS, and MICHAEL GUEST, in his official capacity as Chairman of the House Committee on Ethics,**<br>*Defendants.* | **ATTORNEY DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Civil Action No: |

DECLARATION AS TO TIMING OF
REQUEST FOR EMERGENCY RELIEF

I, Jonathan Gross, Esq. hereby declare:

Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction is being filed on an emergency basis without prior notice to the opposing party. The Court should consider this application due to the following exigent circumstances outside the control of Plaintiff:

1. As of the time of this filing, defendants have not provided official notice of their intent to publicly release a House Ethics Committee Report concerning Plaintiff, a former member of the House of Representatives. House Rules require one day written notice to a respondent before public release.

2. On Sunday December 22, 2024, Plaintiff received information through the media citing unnamed sources who have claimed the Committee intended to release the report publicly on Monday December 23, 2024. These press reports have not been confirmed by Defendants or other official sources.

3. Given the gravity of harm Plaintiff stands to suffer, an emergency review by this Court is necessary. Plaintiff has exhausted all known and available remedies to address the harm prior to filing this action.

             Respectfully submitted,

             *LOCAL COUNSEL*
             /s/ JONATHAN GROSS
             JONATHAN GROSS
             BAR # MD126
             2833 SMITH AVE.,
             SUITE 331
             BALTIMORE, MD 21209
             (443)813-0141
             JONATHANSGROSS@GMAIL.COM

             *Counsel of Record*
             ANDREW D. CHERKASKY, ESQ.
             GOLDEN LAW, INC.
             1330 AVE OF THE AMERICAS
             23RD FLOOR
             NEW YORK, NY 10019
             TEL: 949-391-1602
             ANDY@GOLDENLAWINC.COM
             (PRO HAC VICE PENDING)

             *Counsel for Plaintiff*