IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW L. GAETZ II**<br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON ETHICS, and MICHAEL GUEST, in his official capacity as Chairman of the House Committee on Ethics,**<br>*Defendants.* | [PLAINTIFFS' PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Civil Action No: |

[PLAINTIFFS' PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Having fully considered Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, the Court finds that Plaintiff has demonstrated good cause for the Court to issue a Temporary Restraining Order and Preliminary Injunction, as Plaintiff has shown both a substantial likelihood of success on the merits and he that he will suffer immediate and irreparable harm from Defendant's conduct absent immediate injunctive relief. The Court also finds that the balance of equities favors Plaintiff, and that the public interest will be served by this Order

This Temporary Restraining Order is issued without notice because (1) Plaintiff has established that he will suffer immediate and irreparable harm to his due process rights and rights protected by the Privacy Act, and (2) the timing of Defendant's proposed action without official notice to Plaintiff deprived Plaintiff of a meaningful opportunity to provide notice to Defendants.

Thus, the Court hereby ORDERS that:

1. Defendants, and their employees, agents, servants, officers and persons in concert with Defendants, are enjoined from publicly releasing the House Ethics Committee Report concerning Plaintiff.
2. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are not required to post bond for this temporary restraining order.
3. Plaintiff shall make every reasonable effort to provide Defendant with notice of this Order.
4. The Temporary Restraining Order expires on _____, absent a showing of good cause why the Court should extend it or Defendants' consent.
5. A hearing on Plaintiffs' motion for a preliminary injunction will be held on _____ at _____. Defendants shall file any opposition no later than _____, and Plaintiff may file a reply no later than _____.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge