IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW L. GAETZ II**<br>　*Plaintiff*<br><br>v.<br><br>**UNITED STATES HOUSE OF REPRESENTATIVES COMMITTEE ON ETHICS, and MICHAEL GUEST, in his official capacity as Chairman of the House Committee on Ethics,**<br>　*Defendants.* | **RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Civil Action No: 1:24-cv-03584 (APM) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Pursuant to this Court's Order to Show Cause, Plaintiff submits the following:

Due to the Defendant's unprecedented and procedurally defective decision[1] to publicize the Report that was the subject of Plaintiff's Motion for a Temporary Restraining Order without notice to Plaintiff and while Defendants' knew or reasonably should have known of this pending action, Plaintiff has now suffered irreversible and irreparable harm. As such, Plaintiff concurs that the instant action has been mooted and the Court now lacks subject matter jurisdiction to order the previously requested relief.

---

[1] Rules of the Committee on Ethics, Rule 17A(b)(2), provides that: "At least one calendar day before the Committee makes public any report and findings of the Board, the Chair shall notify in writing the Board and the Member, officer, or employee who is the subject of the referral of the impending public release of these documents. At the same time, the Chair shall transmit a copy of any public statement on the Committee's disposition of the matter and any accompanying Committee report to the individual who is the subject of the referral.

                                                                Respectfully submitted,

DATED: Dec 23, 2024

                                                *LOCAL COUNSEL*
/s/ JONATHAN GROSS
JONATHAN GROSS
BAR # MD126
2833 SMITH AVE.,
SUITE 331
BALTIMORE, MD 21209
(443)813-0141
JONATHANSGROSS@GMAIL.COM

*Counsel of Record*
ANDREW D. CHERKASKY, ESQ.
GOLDEN LAW, INC.
1330 AVE OF THE AMERICAS
23ʳᴰ FLOOR
NEW YORK, NY 10019
TEL: 949-391-1602
ANDY@GOLDENLAWINC.COM
(PRO HAC VICE PENDING)

                              *Counsel for Plaintiff*